UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-61979-JIC

GARFIELD SPENCE,

    Plaintiff,

v.

PROMENADE OF CORAL SPRINGS LLC,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Garfield Spence, and Defendant, Promenade Of Coral Springs LLC, (collectively, the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. The Parties expect to file a stipulation of dismissal with prejudice within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    Respectfully submitted,

| | |
|---|---|
| ALBERTO R. LEAL, P.A. | FORD & HARRISON, LLP |
| | |
| By: /s/ *Alberto R. Leal* | By: /s/ *Merry E. Lindberg* |
| Alberto R. Leal, Esq. | Merry E. Lindberg, Esq. |
| Florida Bar No.: 1002345 | Florida Bar No.: 308102 |
| albertolealesq@gmail.com | mlindberg@fordharrison.com |
| 8927 Hypoluxo Rd., #157 | 1450 Centrepark Blvd, Suite 325 |
| Lake Worth, FL 33467 | West Palm Beach, FL 33401 |
| Telephone: (954) 637-1868 | Telephone: (561) 345-7505 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant,* |
| | *Promenade Of Coral Springs LLC* |

*Spence v. Promenade Of Coral Springs LLC*
Case No. 0:22-cv-61979-JIC
Joint Notice of Settlement

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 28, 2022, a true and correct copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Plaintiff's counsel Alberto R. Leal, Esq., Alberto R. Leal, P.A., 8927 Hypoluxo Rd., #157, Lake Worth, FL 33467; albertolealesq@gmail.com.

/s/ *Merry E. Lindberg*
Merry E. Lindberg, Esq.