UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-61979-JIC

GARFIELD SPENCE,

    Plaintiff,

v.

PROMENADE OF CORAL SPRINGS LLC,

    Defendant.
_____/

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Garfield Spence, and Defendant, Promenade Of Coral Springs LLC, (collectively, the Parties), hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against Defendant, Promenade Of Coral Springs LLC; and (3) the Parties shall bear their own costs and attorneys' fees except as otherwise provided in the Parties' Settlement Agreement.

    Respectfully submitted,

| | |
|---|---|
| ALBERTO R. LEAL, P.A. | FORD & HARRISON, LLP |
| By: /s/ *Alberto R. Leal* | By: /s/ *Merry E. Lindberg* |
| Alberto R. Leal, Esq. | Merry E. Lindberg, Esq. |
| Florida Bar No.: 1002345 | Florida Bar No.: 308102 |
| albertolealesq@gmail.com | mlindberg@fordharrison.com |
| 8927 Hypoluxo Rd., #157 | 1450 Centrepark Blvd, Suite 325 |
| Lake Worth, FL 33467 | West Palm Beach, FL 33401 |
| Telephone: (954) 637-1868 | Telephone: (561) 345-7505 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant, Promenade Of Coral Springs LLC* |

*Spence v. Promenade Of Coral Springs LLC*
Case No. 0:22-cv-61979-JIC
Joint Motion For Dismissal With Prejudice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2022, a true and correct copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Plaintiff's counsel Alberto R. Leal, Esq., Alberto R. Leal, P.A., 8927 Hypoluxo Rd., #157, Lake Worth, FL 33467; albertolealesq@gmail.com.

/s/ *Merry E. Lindberg*
Merry E. Lindberg, Esq.